**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Liao

Plaintiff(s),
(Petitioner)

-V-

Quidachay

Defendant(s),
(Respondent)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. CV 05-01888 CW

ORDER RE APPEAL IN
FORMA PAUPERIS

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby ( ) GRANTED    (✓) DENIED  because the appeal is frivolous.

IT IS SO ORDERED.

DATED:    November 28, 2006
DEC 21 2006

UNITED STATES DISTRICT JUDGE