IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANXIA LIAO,<br><br>       Plaintiff,<br><br>  v.<br><br>RONALD QUIDACHAY, et al.,<br><br>       Defendants.<br>_____/ | No. C 05-1888 CW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

    On January 24, 2007, the Court granted Defendants' motion to dismiss and entered judgment in favor of Defendants.  On February 12, 2007, Plaintiff filed a notice of appeal seeking review of various orders, including the January 24, 2007 order.  On February 23, 2007, Plaintiff moved in this Court for relief from the judgment pursuant to Federal Rule of Civil Procedure 60.

    "The filing of a timely and sufficient notice of appeal has the effect of immediately transferring jurisdiction from the

district court to the court of appeals with respect to any matters involved in the appeal."  G & M, Inc. v. Newbern, 488 F.2d 742, 746 (9th Cir. 1973) (internal citations omitted).  The district court is divested of authority to proceed further with respect to such matters except in aid of appeal, to correct clerical errors, or to aid in the execution of a judgment that has not been superseded. In re Thorp, 655 F.2d 997, 998 (9th Cir. 1981).  The purpose of this rule is to avoid the confusion and waste of time that might flow from putting the same issues before two courts at the same time.  Id.

    The Court lacks jurisdiction over Plaintiff's motion, which seeks reconsideration on legal grounds of an order which is on appeal.  Therefore, the Court DENIES Plaintiff's motion for reconsideration (Docket No. 53).

    IT IS SO ORDERED.

Dated: 4/11/07

_____
CLAUDIA WILKEN
United States District Judge

2